PD-0061-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/28/2015 7:43:02 PM
Accepted 4/29/2015 8:49:44 AM
ABEL ACOSTA
CLERK

NO. PD-0061-15

_____

IN THE COURT OF CRIMINAL APPEALS

_____


CARLTON WOOD, Appellant

VS.

STATE OF TEXAS, Appellee


_____

On Petition for Discretionary Review in Cause No. 04-14-00224-CR , Fourth Court of Appeals
and On Appeal from Cause No. 2013 CR 3690
226TH Judicial District Court
Bexar County, Texas

**APPELLANT'S NOTICE OF REPRESENTATION**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES Appellant, CARLTON WOOD, and makes this Notice of Representation and would respectfully show the Court as follows:

1. The Court granted the State's Petition for Discretionary Review on April 22, 2015.

2. Appellant provides notice that David L. McLane of the McLane Law Firm represents Appellant before this court as part of his continuing obligations as court appointed counsel on appeal.

3. This notice of representation is timely filed by Appellant prior to the May 1, 2015 deadline set by this Court.

4. Counsel for appellant also provides notice to the Court of its new office address located at 9901 IH-10 West, Ste. 695, San Antonio, Texas 78230.

1

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court accept this as David L. McLane's notice of Representation of Carlton Wood in this cause, as well as all such other and further relief to which Appellant may show himself entitled.

Respectfully Submitted,

DAVID L. MCLANE
The Colonnade
9901 IH-10 West, Ste. 695
San Antonio, Texas 78230
(210) 736-9966
(210) 547-7932 fax
dlmclanelaw@yahoo.com

By:_____
David L. McLane
State Bar No. 00795517

**ATTORNEY FOR APPELLANT**

## CERTFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in conformity with the Texas Rules of Criminal and Appellate Procedure on the Bexar County District Attorney's Office on April 23, 2015, via FAX TRANSMISSION (210) 335-2436.

_____
DAVID L. MCLANE